**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**PHILIP BERMAN**<br><br>**Debtor.** | Chapter 13<br><br>No. 14-17952-JKF |

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for the Robert Berman, as Trustee Under That Certain Indenture Of Trust Of Morton J. Berman Dated May 19, 1989, a creditor and party-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

LUNDY, BELDECOS & MILBY, P.C.

Date:  11/20/2014          By:     /s/ Jessica M. Gulash
                                   JESSICA M. GULASH, ESQUIRE
                                   PA ID # 208463
                                   450 N. Narberth Avenue, Suite 200
                                   Narberth, PA 19072
                                   (610) 668-0772
                                   jgulash@lbmlaw.com