# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| PHILIP BERMAN | No. 14-17952-JKF |
| Debtor. | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the Estate of Morton J. Berman, a creditor and party-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

LUNDY, BELDECOS & MILBY, P.C.

Date:   11/20/2014         By:     /s/ Jessica M. Gulash
                                   JESSICA M. GULASH, ESQUIRE
                                   PA ID # 208463
                                   450 N. Narberth Avenue, Suite 200
                                   Narberth, PA 19072
                                   (610) 668-0772
                                   jgulash@lbmlaw.com